```
UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF IOWA
         WESTERN DIVISION
```

| | |
|---|---|
| STACEY L HOFFRICHTER, | ) |
| | )   CASE NO. C05-4117DEO |
|     Plaintiff, | ) |
| | ) |
|        vs. | )   JUDGMENT IN A CIVIL CASE |
| | ) |
| JO ANNE B BARNHART, | ) |
| Commissioner of Social Security, | ) |
| | ) |
|     Defendant. | ) |

This matter came before the Court and

IT IS ORDERED AND ADJUDGED THAT

The decision of the ALJ is reversed and the Commissioner is directed to compute and award disability benefits to Plaintiff Stacey L Hoffrichter with an onset date of March 7, 2003.

DATED:    December 29, 2006

                              <u>Pridgen J Watkins - Clerk</u>

                              BY: s/KFS
                              Deputy Clerk