IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| STACEY L. HOFFRICHTER,<br><br>      Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY,[1]<br><br>      Defendant. | **No. 05 CV 4117**<br><br>**ORDER** |

This matter is now before the Court pursuant to "Application For Attorneys Fees Under 28 U.S.C. §2412(d)" (Docket No. 16). The defendant has filed "Defendant's Response To Plaintiff's Motion For Fees" (Docket No. 17).

In the motion for fees, plaintiff's counsel, David A. Scott, has requested attorney fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412, in the amount of $3,718.75. The Government does not oppose the application for attorney fees.

**IT IS THEREFORE HEREBY ORDERED** that the plaintiff's motion (Docket No. 16) is **granted**. Plaintiff is granted

---

[1] This case was filed originally against Jo Anne B. Barnhart, who was at that time Commissioner of the Social Security Administration ("SSA"). On February 12, 2007, Michael J. Astrue became Commissioner of the SSA, and he hereby is substituted as the defendant in this action. *See* Fed. R. Civ. P. 25(d)(1).

attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412, in the agreed upon amount of **$3,718.75**.

**IT IS SO ORDERED** this 19th day of March, 2007.

_____
Donald E. O'Brien, Senior Judge
United States District Court
Northern District of Iowa

2