IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| STACEY L. HOFFRICHTER, | ) | |
| | ) | |
| Plaintiff, | ) | No. C05-4117-DEO |
| | ) | |
| vs. | ) | |
| | ) | ATTORNEY FEE JUDGMENT |
| MICHAEL J. ASTRUE, | ) | IN A CIVIL CASE |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

This action came before the Court. The issues have been decided and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

        Attorney fees are hereby awarded to the plaintiff in the agreed upon amount of Three Thousand Seven Hundred Eighteen dollars and seventy-five cents ($3,718.75).

Dated: March 20, 2007        PRIDGEN J. WATKINS
                                          Clerk

                                        /s/ des
                                        (By) Deputy Clerk